FILED

11/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0326

CITY OF GREAT FALLS,

Plaintiff and Appellee,

v.

SAXON DRU POLICH,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 10, 2020, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2020